# CILLICK & SMITH
**Attorneys At Law**
25 Main Street, Suite 202
Court Plaza North
Hackensack, New Jersey 07601

EDWARD W. CILLICK, ESQ.
(edwardcillick@cilllickandsmith.com)

SUZANNE M. SMITH, ESQ.
(suzannesmith@cilllickandsmith.com)

Tel: (201)342-0808

Fax: (201)342-0712

February 25, 2021

**VIA E-FILING & NJ LAWYERS' SERVICE**
Hon. John Michael Vazquez
United States District Judge
U.S. District Court
Martin Luther King Jr. Building & US Courthouse
51 Walnut Street
Newark, NJ 07102

Re:     **US v. Irene Pombo - No. 1312-2:18-cr-00137-1**
        **Present Sentencing Date: March 16, 2021 at 2:00 PM**
        **Request for Adjournment**

Dear Judge Vazquez:

This office represents Irene Pombo who is scheduled for sentencing in the above matter on March 16, 2021 at 2:00 PM.  We would respectfully request an adjournment in this matter for the following reasons:

1.     We are in need of additional time to obtain approval from our client for a virtual rather than in person sentencing; and
2.     We are in need of additional time to finalize the sentencing memorandum in this matter.

We have communicated this adjournment request to Special Assistant US Attorney, Jason P. Garelick who represents the Government in this matter who takes no position regarding same. Thank you for your courtesies regarding this request.

Respectfully submitted,

CILLICK & SMITH, ESQS.

EDWARD W. CILLICK

EWC/rvr
cc: Jason P. Garelick, Special Asst. US Attorney via email: Jason.Garelick@usdoj.gov
    Irene Pombo via hand delivery