DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IRENE POMBO<br><br>Defendant(s). | Criminal No.  18-137<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  IRENE POMBO                                        .

Date:  March 24, 2021

RACHAEL A. HONIG
Acting United States Attorney

By:   /s/ Catherine R. Murphy
          Assistant U.S. Attorney