**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                      **DATE**: 4/7/21
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                                      **DOCKET#** 18-137

UNITED STATES OF AMERICA

        vs.

Irene Pombo

**APPEARANCES:**

Catherine Murphy, AUSA
Edward Cillick, Esq. for Defendant
Kimberly Artist, Probation Officer
Defendant present by video conference

**Nature of Proceedings**:  SENTENCING ON Count

Defendant sworn.
Defendant consented to participate by ZOOM video conference.
Order issued.
Probation – 3 year
Special conditions: Financial disclosure, new debt restrictions, 12 months home detention with location monitoring.
Special Assessment - $100.00 due immediately.
Defendant advised of right to appeal.
Fine- $15, 000
Defendant to self-surrender upon designation.

**Time Commenced: 2:00**
**Time Adjourned: 3:30**
**Total Time: 1:30**

                                             RoseMarie Olivieri
                                             SENIOR COURTROOM DEPUTY